DAVID TAYLOR COMPANY, INC., Appellant, *v.* FANSTEEL PRODUCTS COMPANY, INC., Respondent.

(Argued December 8, 1932; decided January 10, 1933.)

*Lyon Boston* for appellant.

*Valentine B. Havens, Neilson Olcott* and *Jerome Weinstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.